UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMES HERNANDEZ,<br><br>             Petitioner,<br><br>        v.<br><br>WARDEN,<br><br>             Respondent. | NO. CV 10-00031 JHN (SS)<br><br>**ORDER MODIFYING AND ADOPTING**<br>**FINDINGS, CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED STATES**<br>**MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. However, the Court modifies the Recommendation as indicated below.

The Report and Recommendation issued on March 19, 2010. Petitioner attempted to file a First Amended Petition on March 8, 2010. The First Amended Petition was rejected, however, for failure to comply with the

1  Central District of California's Local Rules. Because of Petitioner's
2  attempt to file a First Amended Petition, the Magistrate Judge <u>sua</u>
3  <u>sponte</u> extended the time to file an amended petition until April 20,
4  2010. (<u>See</u> April 6, 2010 Minute Order). On April 16, 2010, Petitioner
5  attempted to file a letter, but the letter was rejected because the
6  Central District's Local Rules prohibit the filing of letters. Because
7  of Petitioner's attempt to file the letter and prior attempt to file a
8  First Amended Petition, the Magistrate Judge again <u>sua sponte</u> extended
9  the time to file an amended petition to June 10, 2010. (<u>See</u> May 27,
10 2010 Minute Order). Petitioner, however, has not attempted to file any
11 document since April 16, 2010 nor has he communicated in any manner with
12 the Court. Thus, the Court concludes that alternatives other than
13 dismissal are not appropriate in this case. The Magistrate Judge has
14 repeatedly <u>sua sponte</u> extended the time to file an amended petition, but
15 Petitioner has failed to file an amended petition and has failed to
16 comply with multiple court orders.
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28

**IT IS ORDERED THAT:**

1. Judgment shall be entered dismissing this action with prejudice for failure to prosecute and obey court orders.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner at his current address of record.

DATED: June 29, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE