# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMES HERNANDEZ,<br><br>                Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>                Respondent. | NO. CV 10-00031 JHN (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Modifying and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and obey court orders.

DATED: June 29, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE